**In the Matter of Lorree Jean WEAVER, Debtor.**

**Bankruptcy No. BK89–41018.**

United States Bankruptcy Court, D. Nebraska.

June 28, 1990.

■■■■■■■■

Kathleen A. Laughlin, Omaha, Neb., Chapter 13 Trustee.

Mark A. Johnson, Norfolk, Neb., for debtor.

## MEMORANDUM

JOHN C. MINAHAN, Jr., Bankruptcy Judge.

This Chapter 13 case is before the court for consideration of the Trustee's Objection to the Third Amended Plan (Fil. # 25). The dispute involves calculations of the trustee's ten percent (10%) fee under 28 U.S.C. § 586(e)(2), which provides:

> Such individual (a chapter 12 or 13 standing trustee) shall collect such percentage fee from *all payments received by such individual* under plans in the cases under chapter 12 or 13 of title 11 for which such individual serves as standing trustee. (emphasis added).

Debtor's plan proposes to pay the trustee a fee equal to ten percent (10%) of payments made to creditors under the plan. The trustee contends that the fee should be equal to ten percent (10%) of payments made to the trustee under the plan.

The dispute may be illustrated by considering an example:

> Assume that a plan proposes to pay the trustee $132.00 per month with $120.00 thereof being paid by the trustee to creditors. Debtor contends that the trustee's fee would be 10% of $120.00 or $12.00. Thus, debtor submits $132.00 per month to the trustee. If the debtor pays $132.00 per month, the trustee contends that under 28 U.S.C. § 586(e)(2), it is entitled to a fee of 10% of $132.00, or $13.20 per month.

On these facts, it is clear that the trustee's fee would be $13.20. Under 28 U.S.C. § 586(e)(2), the trustee's fees are to be calculated as a percentage of "all payments *received*" by the trustee. The trustee's fee is not a percentage of payment to creditors and claimants.

The legal issues here are confused by practical problems. Under the above example, the debtor wants to pay creditors $120.00 per month. A determination of the total amount which debtor must pay to the trustee in order to pay $120.00 per month to creditors requires solving an algebraic equation in which 28 U.S.C. § 586(e)(2) mandates that the trustee's fee be equal to ten percent (10%) of the total payments to the trustee. Given the requirement that the trustee is paid a fee of ten percent (10%) of total payments, it follows that payments to creditors and holders of administrative claims will constitute ninety percent (90%) of debtor's total payments under the plan. Thus, if debtor wants to pay creditors and holders of administrative claims a total of $120.00, debtor must pay the trustee $133.33 ($120.00 = 90%; $13.33 = 10%).